Case Number: _____

**FILED**

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 31 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

C-08-1496-TEH (PR)

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Anthony Porter F72952</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $\underline{\$44.67}$ and the average balance in the prisoner's account each month for the most recent 6-month period was $\underline{\$73.05}$.    (20%= \$14.61)

Dated: 3/12/08                                     _____
                                                    Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J. Keppin

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER : F72952                    BED/CELL NUMBER: BF05U 000000230L
ACCOUNT NAME   : PORTER, ANTHONY           ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------    ----------   ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                                 123.37

09/07  W450  DONATION-VETE   1170  B-6                              36.00        87.37
09/10  FC02  DRAW-FAC 2      1199  B-6                              87.37         0.00
09/14 *DD30  CASH DEPOSIT    1284 #52                45.00                       45.00
09/20  W516  LEGAL COPY CH   1375                                    1.60        43.40
10/04  W425  DONATION-A A    1633 MISC                              38.50         4.90
10/05  FC02  DRAW-FAC 2      1651  B-6                               4.90         0.00
11/02 *DD34  EFT DEPOSIT O   2017WU#158               36.00                      36.00
11/07  FC02  DRAW-FAC 2      2029  B5                               19.00        17.00
11/09  W389  DONATION - YO   2162  B-5                              17.00         0.00
11/16 *DD34  EFT DEPOSIT O   2249WU#179                9.00                       9.00
12/03 *DD34  EFT DEPOSIT O   2387WU#199               78.00                      87.00
12/11  FC02  DRAW-FAC 2      2534  B5                               87.00         0.00
12/31  FR01  CANTEEN RETUR   702748                                 87.00-       87.00
       ACTIVITY FOR 2008
01/08  FC02  DRAW-FAC 2      2871  B-5                              87.00         0.00
01/09  D340  EFT DEPOSIT     2890WU249                50.00                      50.00
02/04  D340  EFT DEPOSIT     3344WU#281               50.00                     100.00
02/07  FC02  DRAW-FAC 2      3461  B-5                              90.00        10.00
02/28  FR01  CANTEEN RETUR   703780                                 90.00-      100.00
03/03  D340  EFT DEPOSIT     3803WU#332               50.00                     150.00
03/07  FC02  DRAW-FAC 2      3955  B-5                              90.00        60.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/06/07                   CASE NUMBER: SS042332
COUNTY CODE: MON                           FINE AMOUNT: $      200.00

   DATE      TRANS.   DESCRIPTION                    TRANS. AMT.     BALANCE
 --------    ------   ------------------------       -----------    ---------

09/01/2007    BEGINNING BALANCE                                       120.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                        REPORT DATE: 03/10/08
                                                               PAGE NO:          2
             PELICAN BAY STATE PRISON
             INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCT: F72952        ACCT NAME: PORTER, ANTHONY           ACCT TYPE: I
```

* RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 05/06/07                    CASE NUMBER: SS042332
COUNTY CODE: MON                            FINE AMOUNT: $       200.00

   DATE      TRANS.     DESCRIPTION                    TRANS. AMT.      BALANCE
 --------    ------     -----------------------        -----------    -----------
 09/14/07    DR30       REST DED-CASH DEPOSIT              50.00-          70.00
 11/02/07    DR34       REST DED-EFT DEPOSIT               40.00-          30.00
 11/16/07    DR34       REST DED-EFT DEPOSIT               10.00-          20.00
 12/03/07    DR34       REST DED-EFT DEPOSIT               20.00-           0.00
```

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 123.37 | 318.00 | 381.37 | 60.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
    60.00

NAME: Anthony W. Porter
CDC NO: F-72952   HOUSING: B-25 C-230

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

**CONFIDENTIAL
LEGAL MAIL**



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

US POSTAGE $00.410 MAR 18 2008 MAILED FROM ZIPCODE 95531

Northern Federal District Court
Clerk of the court
280 S. First St. #2112
San Jose, CA. 95113-8008